IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN L. DAUGHERTY, M.D.                                              PLAINTIFF

V.                              4:18CV00940 JM

UNUM GROUP dba UNUM GROUP
CORPORATION; PAUL REVERE
LIFE INSURANCE COMPANY                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 7th day of January, 2020.

_____
James M. Moody Jr.
United States District